17, 143-03

December 20, 2014

Thomas Amile Revia 288487
Bridgeport Correctional Center
4000 N. 10th St.
Bridgeport, Texas 76426

Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RE: Status and update to applicants' 11.07 Writ of Habeas Corpus
Tr. Ct. No. 78-35853-C, WR-17, 143-03. Please verify as to the
receival of Applicant's Response to Trial Court's Findings and
Conclusions, from the District Court Clerk of Jefferson Co.

Dear Sir or Madam:

Upon learning the Applicant's original Applicant's Response to
Trial Court's Findings and Conclusions, failed to arrive by U.S. mail
to the District Clerk of Jefferson Co., applicant responded by
sending - Certified Mail - a copy of said document to the
Clerk of Jefferson County with instructions to please for-
ward to Court of Criminal Appeals so that it may be
attached to applicant's 11.07.

Verification of the Jefferson County District Clerks Office
receiving said documents by U.S. mail is reflected on Certified
mail - Return Receipt - as being December 1, 2014.

Please advice me as to whether or not this office has
receiven said document.

Your assistance in this matter is greatly appreciated.

Sincerely,

Thomas Amile Revia

Thomas Amile Revia
(Applicant)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk